**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry J. SWARTZENDRUBER;**
**Rozella L. Swartzendruber;**
**Defendants–Appellants,**

**Elanar Gardens, an unincorporated**
**business, Defendant.**

**No. 00–2448.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 3, 2001.

Decided July 24, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Larry J. and Rozella L. Swartzendruber appeal the district court's decision permitting the government to reduce certain tax assessments to judgment, and to foreclose on tax liens. On appeal, the Swartzendrubers contend the court lacked jurisdiction to adjudicate their case. We conclude the district court correctly resolved the Swartzendrubers' contention. *See* 26 U.S.C. §§ 7402–7403; 28 U.S.C. § 1340; 28 U.S.C. § 1345; *United States v. Gerads,* 999 F.2d 1255, 1256 (8th Cir.1993) (per curiam), *cert. denied,* 510 U.S. 1193, 114 S.Ct. 1300, 127 L.Ed.2d 652 (1994); *United States v. Kruger,* 923 F.2d 587 (8th Cir. 1991).

Accordingly, we affirm. *See* 8th Cir. R. 47B.